**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2372 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | File No. C3-17-186 |
| | : | |
| v. | : | (United States District Court for the |
| | : | Eastern District of Pennsylvania |
| RUFUS SETH WILLIAMS, | : | (Philadelphia), No. 2:17-cr-00137-PD) |
| | : | |
| Respondent | : | Attorney Reg. No. 67145 |
| | : | |
| | : | (Philadelphia County) |

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of April, 2017, upon consideration of the Joint Petition to Temporarily Suspend an Attorney, Rufus Seth Williams is placed on temporary suspension, *see* Pa.R.D.E. 214(d)(5), and, to the extent applicable, he shall comply with all the provisions of Pa.R.D.E. 217.